Nelson A. ROMERO, Plaintiff–
Appellant,

v.

Terry BROWN; Tommy Jacob; Johnny
Garcia, Sheriff, Dawson County Sher-
iff's Department, Defendants–Appel-
lees.

No. 05–10234.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 10, 2005.

Nelson A. Romero, Texas Department of
Criminal Justice Institutional Division,
Huntsville, TX, for Plaintiff–Appellant.

Before REAVLEY, SMITH, and
BENAVIDES, Circuit Judges.

PER CURIAM: *

Nelson A. Romero, now Texas prisoner
# 1127658, appeals the dismissal as frivo-
lous, pursuant to 28 U.S.C.
§§ 1915(e)(2)(b) and 1915A(b), of his 42
U.S.C. § 1983 civil rights lawsuit, assert-
ing deliberate indifference to his medical
needs. This court must examine the basis
of its jurisdiction on its own motion if
necessary. *Mosley v. Cozby,* 813 F.2d 659,
660 (5th Cir.1987). A timely notice of
appeal is a prerequisite for the exercise of
jurisdiction by this court. *United States v.
Carr,* 979 F.2d 51, 55 (5th Cir.1992).

Romero's notice of appeal, filed almost
one year after the district court's judg-
ment, is untimely. *See* FED. R.APP. P.
4(a)(1)(A). Consequently, this court lacks
jurisdiction over the instant appeal, and
the appeal is DISMISSED.

The district court's dismissal of Rome-
ro's complaint counts as a strike for pur-
poses of 28 U.S.C. § 1915(g). *See Adepeg-
ba v. Hammons,* 103 F.3d 383, 387–88 (5th
Cir.1996). Romero is CAUTIONED that
if he accumulates three strikes, he will no
longer be allowed to proceed *in forma
pauperis* in any civil action or appeal filed
while he is detained or incarcerated in any
facility unless he is under imminent dan-
ger of serious physical injury. *See* 28
U.S.C. § 1915(g).

DISMISSED; THREE–STRIKES
WARNING ISSUED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.